TDCJ Offender Details

*74,967-04*

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 04332469 |
| **TDCJ Number:** | 00918661 |
| **Name:** | WILLIAMS,DARIAN C. |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1972-01-22 |
| **Maximum Sentence Date:** | 2028-12-04 |
| **Current Facility:** | TELFORD |
| **Projected Release Date:** | 2028-12-04 |
| **Parole Eligibility Date:** | 2013-12-04 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |